# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| KURT SCHUMACHER and § | |
| JACQUELYN SCHUMACHER, § | |
|     Plaintiffs, § | |
| v. § | CIVIL ACTION NO. 4:13cv453 |
| WORLDWIDE DIAMOND VENTURES, § | |
| L.P., STONEBRIDGE ADVISORS, LLC, § | |
| CRAIG OTTESON, and JAY § | |
| HEIMBURGER, § | |
|     Defendants. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, ORDER LIFTING STAY AND ORDER OF DISMISSAL

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On November 6, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the stay in this matter be lifted, that Plaintiffs' claims against all Defendants be dismissed without prejudice, and that this matter be closed on the court's docket.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's recommendations as the findings and conclusions of the court. Therefore, the stay in this matter is hereby lifted, Plaintiffs' claims against all Defendants are dismissed without prejudice, and this matter is closed on the court's docket.

**IT IS SO ORDERED.**

**SIGNED this the 23rd day of June, 2015.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE